# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2006

131530 & (28)(29)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALLSTATE INSURANCE COMPANY,
          Plaintiff/Counter-Defendant/
          Appellant,

v

TIMOTHY BROE, ELEANOR BROE and
BROE REHABILITATION SERVICES,
INC.,
          Defendants/Counter-Plaintiffs/
          Appellees.

SC: 131530
COA: 266039
Oakland CC: 04-063179-CK

_____/

The motion for immediate consideration is GRANTED. On order of the Court, the application for leave to appeal the May 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to stay the trial court proceedings is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2006

_____
Clerk

p0725